```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
DEBORAH DONOGHUE and AARON           :   16 Civ. 7630 (JCF)
RUBINSTEIN,                          :
                                     :         O R D E R
            Plaintiffs,              :
                                     :
    - against -                      :
                                     :
QUEST SOLUTION, INC.,                :
                                     :
            Nominal Defendant,       :
                                     :
    - and -                          :
                                     :
JASON F. GRIFFITH,                   :
                                     :
            Defendant.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/28/17

Counsel having represented that this case has been settled, it is hereby ORDERED as follows:

1. All claims, counterclaims, and cross-claims are dismissed with prejudice and without costs to any party.

2. If settlement is not consummated within thirty days of the date of this order, any party may apply to have the action restored to the Court's active docket.

SO ORDERED.

/s/ James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       September 28, 2017

1

Copies transmitted this date to:

David Lopez, Esq.
Law Office of David Lopez
171 Edge of Woods Rd., P.O. Box 323
Southampton, NY 11968

Miriam D. Tauber, Esq.
Miriam Tauber Law
885 Park Ave., No. 2A
New York, NY 10075

Eric P. Heichel, Esq.
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
805 Third Ave., 10th Floor
New York, NY 10022

Matthew S. Mulqueen, Esq.
Baker Donelson Bearman Caldwell & Berkowitz
165 Madison Ave.
Memphis, TN 38103